**No. 10-1302. Carl Puiatti, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

564 U.S. 1046, 131 S. Ct. 3068, 180 L. Ed. 2d 904, 2011 U.S. LEXIS 4825.

June 27, 2011. Motion of Center for Constitutional Rights, et al. for leave to file a brief as amici curiae granted. Motion of Florida Capital Resource Center for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 626 F.3d 1283.